IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DESTRY J. BARNS and<br>BRODY B. LOFTIN, | )<br>)<br>) | 8:04cv594 |
| Plaintiffs, | )<br>) | MEMORANDUM AND ORDER |
| vs. | )<br>)<br>) | |
| DOUGLAS COUNTY CORRECTIONS, | )<br>) | |
| Defendant. | ) | |

    In an Order to Show Cause, the court gave the plaintiffs a deadline to notify the court of any reason they may have why this case should not be dismissed for failure to prosecute. The plaintiffs were warned in the Order to Show Cause that, in the absence of a timely and sufficient response to the Order to Show Cause, this case would be subject, without further notice, to dismissal without prejudice.

    There has been no response by either plaintiff, and the deadline has expired. Therefore, pursuant to NECivR 41.1[1], the plaintiffs' complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

    SO ORDERED.

    DATED this 19th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge

---

[1]NECivR 41.1 states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."